NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1069

PEER COMMUNICATIONS CORPORATION,

Plaintiff-Appellant,

v.

SKYPE TECHNOLOGIES SA, SKYPE, INC.,
and EBAY, INC.,

Defendants-Appellees.

Michael T. Cooke, Friedman, Suder & Cooke, of Fort Worth, Texas, argued for plaintiff-appellant.  With him on the brief was Jonathan T. Suder.  Of counsel on the brief were Edward R. Nelson, III, and Steven W. Hartsell, Nelson Bumgardner Casto, P.C., of Fort Worth, Texas.  Of counsel was Stephen D. Susman, Susman Godfrey L.L.P., of Houston, Texas.

Andrei Iancu, Irell & Manella LLP, of Los Angeles, California, argued for defendants-appellees.  With him on the brief were Morgan Chu, Alan J. Heinrich and Benjamin T. Wang.

Appealed from:  United States District Court for the Eastern District of Texas

Judge Leonard Davis

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1069

PEER COMMUNICATIONS CORPORATION,

Plaintiff-Appellant,

v.

SKYPE TECHNOLOGIES SA, SKYPE, INC.,
and EBAY, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the        United States District Court for the
Eastern District of Texas

in CASE NO(S).        6:06-CV-370.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, RADER, and MOORE, Circuit Judges )

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  October 6, 2009          /s/ Jan Horbaly
                                Jan Horbaly, Clerk